# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Roger Dale Moore,<br>Barbara Ann Moore,<br><br>Debtors. | Case No. 1:22-bk-02406-HWV<br><br>Chapter 13 |

**Order Granting Debtors' Motion
to Modify Confirmed Chapter 13 Plan**

**AND NOW**, upon consideration of the Amended Motion to Modify Confirmed Chapter 13 Plan filed on November 27, 2023, Dkt. # 69, and the Debtors having certified that limited notice is allowed pursuant to L.B.R. 3015-2(f), it is hereby **ORDERED** that the Motion is **GRANTED** and the Debtor's Amended Plan filed in conjunction with the Motion is hereby approved and shall be **ADOPTED** as the Confirmed Chapter 13 Plan, as Modified.