In re:                                                      Case No. 1:22-bk-02406-HWV

    Roger Dale Moore,                            Chapter 13
    Barbara Ann Moore,

            Debtors.

## Notice

    The Debtors in the above-captioned matter have filed an Amended Motion to Modify Chapter 13 Plan After Confirmation for the reasons stated in the motion.

    If you object to the relief requested, you must file your objection/response on or before Monday, December 18, 2023, with the Clerk of the Bankruptcy Court, Sylvia H. Rambo U.S. Courthouse, 1501 N. 6th Street, 3rd floor, Harrisburg, PA 17102, and serve a copy on the debtor's attorney at the address below.

    On the same day that you file or mail your response to the motion, you must mail or deliver a copy of the response to the movant's attorney at the address below. No hearing will be scheduled unless an objection/response has been filed. If no objections/responses are filed, the court may enter an order without a hearing. If objections/ responses are filed, the court will generate a Court Hearing Notice advising parties of the date, time, location, and matter set for hearing.

Date: November 27, 2023

CIBIK LAW, P.C.
*Counsel for Debtors*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com