# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: ROGER DALE MOORE
      BARBARA ANNE MOORE

          Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
          Movant

vs.

ROGER DALE MOORE
BARBARA ANNE MOORE

CASE NO: 1-22-02406-HWV

          Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on March 11, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    March 11, 2024                                     Respectfully submitted,

                                                                 /s/    Douglas R. Roeder, Esquire
                                                                 ID: 80016
                                                                  Attorney for Trustee
                                                                  Jack N. Zaharopoulos
                                                                  Standing Chapter 13 Trustee
                                                                  Suite A, 8125 Adams Drive
                                                                  Hummelstown, PA 17036
                                                                  Phone: (717) 566-6097
                                                                  email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: ROGER DALE MOORE
BARBARA ANNE MOORE

                Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                Movant

vs.
ROGER DALE MOORE                 CASE NO: 1-22-02406-HWV
BARBARA ANNE MOORE

                Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date:    April 24, 2024
Time:   09:35 AM
          Sylvia H. Rambo United States Courthouse
          Bankruptcy Courtroom 4B, 4th Floor
          1501 North 6th Street
          Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
    **AMOUNT DELINQUENT AS OF LAST MONTH: $ 5563.80**
    **AMOUNT DUE FOR THIS MONTH: $1205.15**
    **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $6768.95**

**NOTE:**
   **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
   CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:   March 11, 2024        /s/  Douglas R. Roeder, Esquire
                               ID:  80016
                               Attorney for Movant
                               Jack N. Zaharopoulos
                               Standing Chapter 13 Trustee
                               Suite A, 8125 Adams Drive
                               Hummelstown, PA 17036
                               Phone:  (717) 566-6097
                               email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  ROGER DALE MOORE
    BARBARA ANNE MOORE

                        Debtor(s)

                                                CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                        Movant
vs.
ROGER DALE MOORE                                CASE NO: 1-22-02406-HWV
BARBARA ANNE MOORE

                        Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 11, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

MICHAEL I ASSAD, ESQUIRE
1500 WALNUT STREET, SUITE 900
PHILADELPHIA PA  19102-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

SERVED BY FIRST CLASS MAIL

ROGER DALE MOORE
BARBARA ANNE MOORE
640 DUNKEL SCHOOL RD
HALIFAX  PA  17032-9424

I certify under penalty of perjury that the foregoing is true and correct.

Date:  March 11, 2024            /s/  Liz Joyce
                    Office of the Standing Chapter 13 Trustee
                    Jack N. Zaharopoulos
                    Suite A, 8125 Adams Dr.
                    Hummelstown, PA  17036
                    Phone:  (717) 566-6097
                    email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: ROGER DALE MOORE
BARBARA ANNE MOORE
JACK N. ZAHAROPOULOS      CHAPTER 13
CHAPTER 13 TRUSTEE
      Movant

vs.

                                                    CASE NO: 1-22-02406-HWV

ROGER DALE MOORE
BARBARA ANNE MOORE

## ORDER DISMSSING CASE

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.