In re:

    Roger Dale Moore,
    Barbara Ann Moore,

              Debtors.

Case No. 1:22-bk-02406-HWV

Chapter 13

## LOCAL BANKRUPTCY FORM 3015-2(a)

**Certification Regarding Service of Amended Chapter 13 Plan**
(Altering Treatment of Claims)

    The undersigned, counsel for the above-captioned Debtor(s), hereby certifies that the Sixth Amended Chapter 13 Plan filed on April 22, 2024, proposes to alter the treatment of the claims of the following creditors included in the confirmed Chapter 13 Plan:

- <u>U.S. Bank Trust National Association</u>

- <u>Regional Acceptance Corporation</u>

    I further certify that notice of the filing of the Fourth Amended Chapter 13 Plan has been served on the above listed creditors and the Chapter 13 trustee, as evidenced by the attached certificate of service, and that no other party, other than the creditors listed above, will be affected by the provisions of the Sixth Amended Chapter 13 Plan.

Date: April 22, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com