UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: | Case No. 1:22-bk-02406-HWV

Roger Dale Moore,
Barbara Ann Moore,

Chapter 13

Debtors.

### Order Granting Debtors' Motion
### to Modify Confirmed Chapter 13 Plan

**AND NOW**, upon consideration of the Amended Motion to Modify Confirmed Chapter 13 Plan filed on April 22, 2024, Dkt. # 78, and the Debtors having certified that limited notice is allowed pursuant to L.B.R. 3015-2(f), it is hereby **ORDERED** that the Motion is **GRANTED** and the Debtor's Amended Plan filed in conjunction with the Motion is hereby approved and shall be **ADOPTED** as the Confirmed Chapter 13 Plan, as Modified.