B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## For The Middle District of Pennsylvania (Harrisburg)

In re:                                      Case No. 1:22-bk-02406-HWV

BARBARA ANNE MOORE

ROGER DALE MOORE

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-JL1 | U.S. Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-JL1 |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Fay Servicing, LLC
PO Box 814609
Dallas TX 75381-4609

Court Claim # (if known): 11-1
Amount of Claim: 5,603.61
Date of Claim Filed: 02/17/2023

Phone: 1-800-495-7166
Last Four Digits of Acct #: 9744

Phone: (312) 291-3781
Last Four Digits of Acct #: 9744

Name and Address where transferee payments should be sent (if different than above):
Fay Servicing, LLC
PO Box 814609
Dallas TX 75381-4609

Phone: 1-800-495-7166
Last Four Digits of Acct #: 9744

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle Ghidotti,                            Date: April 23, 2024
     Authorized Representative of Creditor
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.