UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Roger Dale Moore,<br>Barbara Ann Moore,<br><br>Debtors. | Case No. 1:22-bk-02406-HWV<br><br>Chapter 13 |

## **ORDER**

Upon consideration of the Motion to Modify the Chapter 13 Plan filed by the Debtors, Doc. 78, it is

**ORDERED** that the Motion is **GRANTED**.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 20, 2024