IN THE UNITED STATES BANKRUPCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| IN RE:<br>ROGER DALE MOORE AND<br>BARBARA ANNE MOORE<br><br>        DEBTOR<br><br>US BANK TRUST NATIONAL<br>ASSOCIATION, NOT IN ITS INDIVIDUAL<br>CAPACITY BUT SOLELY AS OWNER<br>TRUSTEE FOR VRMTG ASSET TRUST<br><br>        CREDITOR<br><br>ROGER DALE MOORE AND BARBARA<br>ANNE MOORE, DEBTORS, AND<br>JACK N ZAHAROPOULOS, TRUSTEE<br><br>        RESPONDENTS | CHAPTER 13<br><br>CASE NO. 1:22-bk-02406-HWV<br><br>JUDGE HENRY W. VAN ECK |

**CERTIFICATE OF DEFAULT**

I, Joshua I. Goldman, Esquire, attorney for Movant, certify that the Debtor has defaulted under the terms of the Stipulation between the parties that was approved by the Court per the Court's Order entered on July 12, 2023 (Document No. 55). It is further certified that the attached Notice of Default dated April 29, 2024, was served upon Debtor's counsel on said date appearing on the notice. Debtor has failed to cure the default subsequent to said notice. Accordingly, per the terms of the Stipulation, the Court shall enter an Order granting Movant relief from the automatic stay. A proposed Order is attached hereto and filed herewith.

**DATED** this the 18th day of July 2024.

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Attorney for Movant*

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 18th day of July 2024:

*DEBTORS*
ROGER DALE MOORE
BARBARA ANNE MOORE
640 DUNKEL SCHOOL RD
HALIFAX, PA 17032-9424

*ATTORNEY*
MICHAEL I. ASSAD
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT ST STE 900
PHILADELPHIA, PA 19102
HELP@CIBIKLAW.COM

*TRUSTEE*
JACK N ZAHAROPOULOS
STANDING CHAPTER 13(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*ASST. U.S. TRUSTEE*
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102
USTPREGION03.HA.ECF@USDOJ.GOV

    /s/ Joshua I. Goldman
    Joshua I. Goldman, Esq.
    Pennsylvania Bar # 205047
    PADGETT LAW GROUP
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312
    (850) 422-2520 (telephone)
    (850) 422-2567 (facsimile)
    josh.goldman@padgettlawgroup.com
    *Counsel for Movant*

Case 1:22-bk-02406-HWV   Doc 87   Filed 07/18/24   Entered 07/18/24 10:01:32   Desc
Main Document     Page 2 of 2