IN THE UNITED STATES BANKRUPCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| IN RE:<br>ROGER DALE MOORE AND<br>BARBARA ANNE MOORE<br><br>      DEBTOR<br><br>US BANK TRUST NATIONAL<br>ASSOCIATION, NOT IN ITS INDIVIDUAL<br>CAPACITY BUT SOLELY AS OWNER<br>TRUSTEE FOR VRMTG ASSET TRUST<br><br>      CREDITOR<br><br>ROGER DALE MOORE AND BARBARA<br>ANNE MOORE, DEBTORS, AND<br>JACK N ZAHAROPOULOS, TRUSTEE<br><br>      RESPONDENTS | CHAPTER 13<br><br>CASE NO. 1:22-bk-02406-HWV<br><br>JUDGE HENRY W. VAN ECK |

**ORDER**

AND NOW, this ___ day of _____2024 upon filing of a Certificate of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on July 12, 2023, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code; as amended by (the Bankruptcy Code), is modified as to the premises **640 Dunkel School Rd., Halifax, Pa 17032-9424** so as to allow US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, or its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge

cc: See service list

*DEBTORS*
ROGER DALE MOORE
BARBARA ANNE MOORE
640 DUNKEL SCHOOL RD
HALIFAX, PA 17032-9424

*ATTORNEY*
MICHAEL I. ASSAD
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT ST STE 900
PHILADELPHIA, PA 19102
HELP@CIBIKLAW.COM

*TRUSTEE*
JACK N ZAHAROPOULOS
STANDING CHAPTER 13(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*ASST. U.S. TRUSTEE*
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102
USTPREGION03.HA.ECF@USDOJ.GOV