IN THE UNITED STATES BANKRUPCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| IN RE:<br>ROGER DALE MOORE AND<br>BARBARA ANNE MOORE<br><br>DEBTOR<br><br>US BANK TRUST NATIONAL<br>ASSOCIATION, NOT IN ITS INDIVIDUAL<br>CAPACITY BUT SOLELY AS OWNER<br>TRUSTEE FOR VRMTG ASSET TRUST<br>CREDITOR<br><br>ROGER DALE MOORE AND BARBARA<br>ANNE MOORE, DEBTORS, AND<br>JACK N ZAHAROPOULOS, TRUSTEE<br>RESPONDENTS | CHAPTER 13<br><br>CASE NO. 1:22-bk-02406-HWV<br><br>JUDGE HENRY W. VAN ECK |

## ORDER

Upon consideration of the Certificate of Default filed by US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust ("Movant"), Doc. 87, it is

**ORDERED** that the Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code; as amended by (the Bankruptcy Code), is modified as to the premises **640 Dunkel School Rd., Halifax, Pa 17032-9424** so as to allow the Movant or its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. It is further

**ORDERED** that the stay provided by Bankruptcy Rule 4001(a)(3) has been waived

By the Court,

_Henry W. VanEck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 18, 2024