# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
Roger Dale Moore and Barbara Anne Moore,

Debtors.

Case No. 22-02406-HWV

Chapter 13

## MOTION TO DISMISS CASE

Debtors Roger Dale Moore and Barbara Anne Moore, through their attorney, move the Court to dismiss this case in the form of order attached.

Date: January 9, 2025

CIBIK LAW, P.C.  
*Counsel for Debtor*

By: /s/ Michael A. Cibik  
Michael A. Cibik (#23110)  
1500 Walnut Street, Suite 900  
Philadelphia, PA 19102  
215-735-1060  
mail@cibiklaw.com

## CERTIFICATE OF SERVICE

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: January 9, 2025

By: /s/ Michael A. Cibik  
Michael A. Cibik (#23110)  
1500 Walnut Street, Suite 900  
Philadelphia, PA 19102  
215-735-1060  
mail@cibiklaw.com