UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Roger Dale Moore and Barbara Anne Moore,

Debtors.

Case No. 22-02406-HWV

Chapter 13

## **ORDER**

Upon consideration of the Motion to Dismiss Case filed by Debtors Roger Dale Moore and Barbara Anne Moore, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: