UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
Roger Dale Moore and Barbara Anne )  Case No. 22-02406-HWV
Moore, )
 )
Debtors. )  Chapter 13

### ORDER

Upon consideration of the Motion to Dismiss Case filed by Debtors Roger Dale Moore and Barbara Anne Moore, Doc. 90, it is

**ORDERED** that the Motion is **GRANTED** and the above captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 10, 2025