United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Roger Dale Moore  
Barbara Anne Moore  
  Debtors

Case No. 22-02406-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke Page 1 of 4  
Date Rcvd: Jan 10, 2025 Form ID: pdf010 Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Roger Dale Moore, Barbara Anne Moore, 640 Dunkel School Rd, Halifax, PA 17032-9424 |
| 5511221 | | Dauphin County Tax Claim Bureau, 2 S 2nd St, Harrisburg, PA 17101-2047 |
| 5511225 | + | Halifax Area School District, 3940 Peters Mountain Rd, Halifax, PA 17032-9505 |
| 5511238 | | Township of Halifax, 102 Fisher St, Halifax, PA 17032-8857 |
| 5511239 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5612088 | | U.S. Bank National Association, et al., c/o Fay Servicing, PO Box 814609 Dallas TX 75381 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jan 10 2025 18:39:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 10 2025 18:50:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Jan 10 2025 18:33:21 | US Bank Trust National Association, Not In Its Ind, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5511216 | | Email/Text: bk@avant.com | Jan 10 2025 18:39:00 | Avant, Attn: Bankruptcy, PO Box 9183380, Chicago, IL 60691-3380 |
| 5511217 | | Email/Text: Bankruptcy@BAMcollections.com | Jan 10 2025 18:39:00 | Bureau of Account Managment, Attn: Bankruptcy Attn: Bankruptcy, 3607 Rosemont Ave , Ste 502, POB 8875, Camp Hill, PA 17001-8875 |
| 5511218 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2025 18:51:09 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5516526 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2025 18:38:02 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5511219 | + | Email/Text: dylan.succa@commercialacceptance.net | Jan 10 2025 18:39:00 | Commercial Acceptance Company, Attn: Bankruptcy Attn: Bankruptcy, 2300 Gettysburg Road , Suite 102, Camp Hill, PA 17011-7303 |
| 5511220 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 10 2025 18:38:20 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5511222 | ^ | MEBN | Jan 10 2025 18:33:22 | DigniFi, Attn: Banktuptcy, PO Box 576, Bellevue, WA 98009-0576 |
| 5511916 | | Email/Text: G06041@att.com | Jan 10 2025 18:39:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5511223 | ^ | MEBN | | |

| Recipient # | Mark | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | Jan 10 2025 18:33:18 | Equiant/Thousand Trails, Attn: Bankruptcy Attn: Bankruptcy, 500 N Juniper Dr, Ste 100, Chandler, AZ 85226-2525 |
| 5511224 | | Email/Text: ECF@fayservicing.com | Jan 10 2025 18:39:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, PO Box 809441, Chicago, IL 60680 |
| 5511226 | | Email/Text: bankruptcy.notices@hdfsi.com | Jan 10 2025 18:39:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 5516628 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 10 2025 18:39:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5511227 | | Email/Text: Bankruptcy@ICSystem.com | Jan 10 2025 18:39:00 | IC Systems, Inc, Attn: Bankruptcy, PO Box 64378, St. Paul, MN 55164-0378 |
| 5511228 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 10 2025 18:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5523305 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 10 2025 18:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5511229 | ^ | MEBN | Jan 10 2025 18:33:18 | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5518369 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2025 18:38:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5512368 | | Email/Text: BankruptcyECFMail@mccalla.com | Jan 10 2025 18:39:00 | U.S. Bank Trust National Association, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5517402 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 10 2025 18:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5511230 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 10 2025 18:39:00 | Midland Funding, LLC, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5511231 | | Email/PDF: cbp@omf.com | Jan 10 2025 18:38:01 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5511232 | | Email/Text: fesbank@attorneygeneral.gov | Jan 10 2025 18:39:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5511233 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 10 2025 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 5511234 | ^ | MEBN | Jan 10 2025 18:33:34 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5511235 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 10 2025 18:49:28 | Regional Acceptance Co, Attn: Bankruptcy, PO Box 1487, Wilson, NC 27894-1487 |
| 5515702 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 10 2025 18:49:28 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5511236 | | Email/Text: mtgbk@shellpointmtg.com | Jan 10 2025 18:39:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 5511282 | ^ | MEBN | Jan 10 2025 18:33:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5511237 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2025 18:38:20 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5612089 | ^ | MEBN | Jan 10 2025 18:33:13 | U.S. Bank National Association, et al., c/o Fay Servicing, PO Box 814609 Dallas TX 75381, U.S. Bank National Association, et al., c/o Fay Servicing, PO Box 814609 Dallas TX 75381-4609 |
| 5522622 | ^ | MEBN | Jan 10 2025 18:33:13 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 75381-4609 |
| 5511240 | ^ | MEBN | Jan 10 2025 18:33:15 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5563807 | | Email/Text: mtgbk@shellpointmtg.com | Jan 10 2025 18:39:00 | US Bank Trust National Association, c/o NewRez LLC dba Shellpoint Mortgage S, PO Box 10826, Greenville, SC 29603-0826 |
| 5519722 | | Email/Text: mtgbk@shellpointmtg.com | Jan 10 2025 18:39:00 | US Bank Trust National Association,, c/o NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 5540920 | ^ | MEBN | Jan 10 2025 18:33:23 | US Bank Trust National Association, Not In Its Ind, C/O Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 5524019 | ^ | MEBN | Jan 10 2025 18:33:20 | US Bank Trust National Association, et al, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5511241 | + | Email/Text: LCI@upstart.com | Jan 10 2025 18:39:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Midland Credit Management, Inc., POB 2037, Warren, MI 48090-2037 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-JL1 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Joshua I Goldman | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For |

| | |
|---|---|
| | VRMTG Asset Trust josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Joshua I Goldman | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-JL1 josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Keri P Ebeck | on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Keri P Ebeck | on behalf of Creditor Harley-Davidson Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Michael A. Cibik | on behalf of Debtor 2 Barbara Anne Moore help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michael A. Cibik | on behalf of Debtor 1 Roger Dale Moore help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michelle Ghidotti | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Owner Trustee for Citigroup Mortgage Loan Trust 2021-JL1 bknotifications@ghidottiberger.com |
| Steven K Eisenberg | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity, But Solely As Owner Trustee For Citigroup Mortgage Loan Trust 2021-JL1 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Roger Dale Moore and Barbara Anne Moore,

Case No. 22-02406-HWV

Debtors.

Chapter 13

## ORDER

Upon consideration of the Motion to Dismiss Case filed by Debtors Roger Dale Moore and Barbara Anne Moore, Doc. 90, it is

**ORDERED** that the Motion is **GRANTED** and the above captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 10, 2025